# Cooley

Jonathan J. Kim
+1 212 479 6400
jkim@cooley.com

Via ECF

November 19, 2021

Hon. Ann M. Donnelly
225 Cadman Plaza East
Courtroom 4GN
Brooklyn, New York 11201

Re: *Fischler v. Hum Nutrition Inc.,* 1:21-cv-05003-AMD-SJB

Dear Judge Donnelly:

We are counsel to Defendant Hum Nutrition, Inc. ("Defendant") in the above-referenced matter. We write, jointly with counsel to Plaintiff, to inform the Court that the parties have reached a confidential settlement in principle, subject to and conditioned on the parties negotiating and executing a fully integrated confidential settlement agreement and release.

The parties respectfully request that the Court dismiss this action with leave to reopen the case in thirty (30) days from today's date if the parties have not completed the settlement in principle and submitted their final Notice of Dismissal by such time. In view of the resolution, the parties respectfully request the Court adjourn all pending dates and deadlines, *sine die*, including but not limited to the answer due by Defendant on November 19, 2021.

Sincerely,

*/s/ Jonathan J. Kim*
Jonathan J. Kim

SO ORDERED:

_____

Hon. Ann M. Donnelly
United States District Judge